## Fred A. Gariepy, Appellant, v. Chicago Service Parking Company, Appellee.

**Gen. No. 46,021.**

Casimir R. Wachowski and Fred A. Gariepy, *pro se*, for appellant; Jacob Stagman, for appellee; Erwin H. Greenberg, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed May 11, 1953; released for publication June 16, 1953.